UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

              - v.-

FINBAR O'NEILL,

              Defendant.
------------------------------------------------------------x

S5 08 Cr. 828 (VM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/11

## RESTITUTION ORDER

It is hereby ORDERED that as a result of his conviction on Counts One and Two of the above-referenced Superseding Information, defendant Finbar O'Neill is adjudged liable for restitution to the District Council of Carpenters Benefit Funds ("the Funds"), 395 Hudson Street, New York, New York, 10014-7450, Attention: Executive Director District Council Benefit Funds, for losses related to KAFCI Corp. in the amount of **$112,704.13**, calculated as follows:

- $75,966.70 principal

- $42,727.61 post-interest judgment

- minus a $5,990.18 surety that the Benefit Funds has applied to toward the loss.

As previously ordered by this Court, co-defendant Michael Forde is jointly and severally liable, with O'Neill, for this loss amount.

So Ordered:

_____
Hon. Victor Marrero

Executed on: August 19, 2011
New York, New York