

# Katten
KattenMuchInRosenman LLP

SCOTT A. RESNIK
scott.resnik@kattenlaw.com
212.940.8543 direct
212.894.5513 fax

October 4, 2011

**VIA FACSIMILE**

Honorable Victor Marrero
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/11

Re:   United States v. O'Neill, Crim. No. 08-cr-828

Dear Judge Marrero:

This firm represents Mr. Finbar O'Neill in the above-referenced matter and we are writing to seek an Order from the Court allowing U.S. Pretrial Services to return Mr. O'Neill's passport to him. Mr. O'Neill had surrendered his passport to U.S. Pretrial Services as a condition of his bail.

As the Court is aware, on August 19, 2011, Your Honor sentenced Mr. O'Neill, to 5 years of Probation with a special condition that he serve six months of custody in a Community Facility. As Mr. O'Neill is no longer under the supervision of U.S. Pretrial Services and therefore his passport is no longer required to be held by U.S. Pretrial Services as a condition of his bail, we respectfully request the Court allow U.S. Pretrial Services to return Mr. O'Neill's passport to him.

We have discussed this application with AUSA Lisa Zornberg and Mr. O'Neill's Pretrial Services Officer in the District of New Jersey, and they both consent to this application.

Thank you for your consideration of this matter.

Respectfully submitted,

Scott A. Resnik

cc:   Lisa Zornberg, AUSA (via E-mail)
      Angel Matos, U.S. Pretrial Services Officer (via E-mail)

Request GRANTED. Pretrial Services is authorized to return the passport of defendant Finbar O'Neill for the reasons set forth above.

SO ORDERED:
10-6-11
DATE   VICTOR MARRERO, U.S.D.J.